IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SUSAN K. SHIELDS                                               PLAINTIFF

VS.                            CIVIL NO. 04-6131

JO ANNE B. BARNHART,
COMMISSIONER, SOCIAL SECURITY ADMINISTRATION          DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision

of the Commissioner and dismiss plaintiff's case with prejudice. **The parties have sixty days**

**from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 12th day of October 2005.


/s/ Bobby E. Shepherd
HONORABLE BOBBY E. SHEPHERD
UNITED STATES MAGISTRATE JUDGE